✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICK L. GUZMAN |
| Date | Signature |
|  | Print Name                    Bar Number |
|  | Address |
|  | City        State        Zip Code |
|  | Phone Number              Fax Number |

1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Juan Carlos Anaya-Santana

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE JAN M. ADLER)**

11 | UNITED STATES OF AMERICA,        )   Case No. 08MJ2280
                                      )
12 |              Plaintiff,           )
                                      )
13 | v.                                )   **CERTIFICATE OF SERVICE**
                                      )
14 | JUAN CARLOS ANAYA-SANTANA,        )
                                      )
15 |              Defendant.           )
   |_____   )

16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                              U.S. Attorney CR
                             Efile.dkt.gc2@usdoj.gov
20

21                                     Respectfully submitted,

22

23 DATED:       August 12, 2008              /s/ Erick L. Guzman
                                             **ERICK L. GUZMAN**
24                                           Federal Defenders of San Diego, Inc.
                                             Attorneys for Juan Carlos Anaya-Santana
25

26

27

28