AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JUAN CARLOS ANAYA-SANTANA | CASE NUMBER: 08cr2808-JAH |

I, JUAN CARLOS ANAYA-SANTANA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 08/21/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Juan Carlos Anaya
Defendant

Counsel for Defendant

Before _____
Judicial Officer



FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY